### HUGHES vs. HOOK'S HEIRS.

APPEAL from the court of the seventh district.  The supreme
court cannot
take cogniz-
PORTER J. delivered the opinion of the court.  ance of a case
referred to it
This case commenced originally in the court by a district
court, with-
of probates, and from the judgment rendered out an ap-
peal having
therein, an appeal was taken to the district been prayed
for and gran-
court. The cause stood there for several years, ted.
and, on being called up, the judge, conceiving
he had no jurisdiction, referred it to this court,
and it comes before us on this order, without an
appeal being either applied for, or granted.

We can take no cognizance of it. If the
judge below, believed he had no authority to try
the case, he should have dismissed it, or sent it
before the court of probates.

It is therefore ordered, adjudged, and de-
creed, that the case be dismissed at the costs of
the party who brought it here.

*Scott & Wilson* for the plaintiff, *Downs* for
the defendants.